COURT, [illegible]
CHARLESTON, W.V, 25301 | PAGE (1) OF (4) | P.O. BOX [illegible]
WEST VIRG[INIA]
25813-0[illegible]

DEAR CHIEF JUDGE;

HELLO, MY NAME IS ERIK BOWKER, AND I AM V[ERY]
CONCERNED FOR MY LIFE AND SAFETY RIGHT NO[W].
I AM A PRISONER AT FEDERAL CORRECTIONAL INS[TITUTION]
BECKLEY, IN BEAVER, WEST VIRGINIA. I WAS SENT[ENCED]
TO SERVE EIGHT YEARS IN A FEDERAL PRISON FOR [WRITING]
LETTERS TO TINA KNIGHT, A TELEVISION NEWS REPOR[TER]
FOR WOWK-TV, IN HUNTINGTON, W.V. THE CASE WAS [IN THE]
NORTHERN DISTRICT OF OHIO, JUDGE JOHN MANOS. NON[E OF]
THE LETTERS CONTAINED THREATS TO CAUSE HARM [OR]
INJURY, I WAS CONVICTED BY REASON OF CHRONIC A[CTS]
BY WOWK-TV EMPLOYEES APRIL KAULL, TINA KNIGHT, [AND]
YOUNGSTOWN, OHIO TELEVISION NEWS STATION EMPLOYEE
NICK MATESI (WKBN-TV), ALSO SPECIAL AGENT DEAN
HASSMAN, FBI-YOUNGSTOWN, AND CORPORAL SCOTT LUCA[S]
DUNBAR POLICE DEPARTMENT. AT SENTENCING, MORE PE[RJURY]
BY FBI SPECIAL AGENT JAMES MCNAMARA. THAT IS [WHY]
WHY I AM WRITING TO YOU, MY ENTIRE CASE, THE L[ETTERS]
TO TINA KNIGHT, AND THE TRANSCRIPTS ARE AT TH[E]
~~[scribbled out]~~ UNITED STATES COURT O[F]
APPEALS FOR THE SIXTH CIRCUIT, CINCINNATTI O[HIO].

- THE REASON THAT I AM WRITING IS THAT I AM
  WORRIED THAT I AM GOING TO EITHER END UP DEA[D OR]
  INJURED AT THIS PRISON, DIRECTLY AT THE INSISTAN[CE OF]
  SEVERAL OF THE EMPLOYEES HERE. THEY ARE INTIM[IDATING]
  ME FOR CONTACTING CERTAIN GOVERNMENT OFFICES [IN]
  WASHINGTON, D.C., IT IS PURELY FOR RETALIATION.

- I ALSO BELIEVE THAT CERTAIN PEOPLE HERE HAVE BEEN
  CONTACTED BY EMPLOYEES OF WOWK-TV, AND HAVE RECEI[VED]
  MONEY AND THINGS OF VALUE, TO PREVENT LEGAL ACTION AGA[INST]
  WEST VIRGINIA MEDIA, L.L.C. I HAVE PROOF. SANDRA BEN[?]
  AND HER CREW SENSE THAT CIVIL LEGAL ACTION IS IMMINEN[T]

FILED
FEB -7 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

5:03-0103

TO PERPETUATE THE FRAUDULENT CRIMINAL CASE AGAINST ME, (4:01CR441, SIXTH CIRCUIT COURT OF APPEALS 02-4086). SPECIFICALLY, TINA KNIGHT USED THE MIXING AND AUDIO/VIDEO STUDIOS, TO RETOUCH A TAPED TELEPHONE CONVERSATION, WHICH WAS USED AS EVIDENCE AGAINST ME AT TRIAL. OTHER EMPLOYEES AT THE TV STATION, CBS-13, HELPED HER DO IT. SHE ALSO IMPERSONATED A GOVERNMENT FBI-AGENT, OR PROSECUTOR, TO OBTAIN PRIVELEGED PERSONAL INFORMATION AND DOCUMENTS. SHE SENT FAX SHEETS, FROM THE STUDIOS AT WOWK-TV, TO THE NEXTEL LAW-ENFORCEMENT ADMINISTRATOR, IN RESTON, VIRGINIA, CLAIMING TO BE AN FBI-AGENT. THE MANY DOCUMENTS WERE RECEIVED AT THE STUDIOS OF WOWK-TV, AROUND 07-18th OF SEPTEMBER, 2001.

- THINGS STARTED HAPPENING HERE, ABOUT TWO WEEKS AGO, AFTER SOMEBODY REPRESENTING WOWK-TV SHOWED UP IN THE PARKING LOT HERE, AT FCI-BECKLEY. THE GUARDS AND OTHER EMPLOYEES IMMEDIATELY STARTED THREATENING AND INTIMIDATING ME. THE ONE COUNSELOR LIPPS, HAS SEARCHED MY LOCKER AND THREATENED TO THROW OUT MY LEGAL PAPERS ALMOST EVERY DAY THAT HE IS HERE. ALSO, CHIEF "PSYCHOLOGIST" DOCTOR ELLIS, WHO IS NOTHING MORE THAN A LITTLE MAFIA CRIMINAL IN THE MAKING, HAS INFORMED ME THAT "HE AND COUNSELOR LIPPS ARE VERY CONCERNED THAT (I) AM BECOMING A DISCIPLINARY PROBLEM," AND "VERY CONCERNED ABOUT MY HYGIENE." (SEE THE ENCLOSED NOTES.) THIS IS ESPECIALLY TROUBLING, WHEN YOU CONSIDER THAT DR. ELLIS IS SUPPOSED TO BE A MEDICAL PROFESSIONAL, AND IS IN FACT IN CHARGE OF THE OTHER MEDICAL PROFESSIONALS HERE, AT FCI-BECKLEY. I FIND IT HARD TO BELIEVE THAT I WAS EVEN SENT HERE - THE JUDGE, PROSECUTOR, DEFENSE ATTORNEYS, AND EVEN TINA KNIGHT HERSELF RECOMMENDED THAT I BE SENT TO MEDICAL FEDERAL INSTITUTION FMC-ROCHESTER, MINNESOTA.

[PAGE ③] [MONDAY, 03 FEBRUARY 2003]

IT IS EVEN WRITTEN ON MY PRE-SENTENCE INVESTIGATION REPORT, AND THE DOCKET SHEET FOR CASE NUMBER 4:01 CR 441. I WILL NOT BE RECEIVING ANY PSYCHOLOGICAL OR PSYCHIATRIC SERVICES OR HELP AT THIS FACILITY. DR. ELLIS HAS MADE SURE OF THAT. I HAVE TO WATCH HIM, EVERY DAY AT THE CHOW HALL, BUDDYING UP TO THE WARDEN, TROY WILLIAMSON. IT APPEARS THAT HE IS TRYING TO GRAB-UP ALL OF THE POWER BY ASSOCIATION WHICH HE POSSIBLY CAN.

— IN ANOTHER MATTER, IF YOU DO IN FACT READ MY PRE-SENTENCE INVESTIGATION REPORT, BE SURE AND READ THE SENTENCING STATEMENT, BY TINA KNIGHT. SHE ACTUALLY SAID IN HER LETTER TO THE COURT THAT SHE WAS GOING TO QUIT WORKING IN BROADCASTING, BECAUSE OF ME, AND THAT SHE HAS TAKEN STEPS TO CONCEAL HER IDENTITY. STEPS LIKE BROADCASTING HER FACE AND NAME TO 300,000 PEOPLE, IN CENTRAL WEST VIRGINIA, WITH A BANNER UNDER HER FACE WHICH READS "TINA KNIGHT." STRANGELY ENOUGH, SHE RENEWED HER CONTRACT WITH WOWK-TV, IN OCTOBER, 2001, ONLY TWO MONTHS AFTER I WAS ARRESTED. SHE RENEWED IT FOR THE SECOND TIME JUST THREE MONTHS AFTER SHE WROTE THAT SENTENCING STATEMENT. ODDLY ENOUGH, ALSO AFTER I WAS SENTENCED TO EIGHT YEARS IN PRISON, SHE WAS PROMOTED, STARTED DOING THE AFTERNOON NEWS, FOR WOWK-TV, AND TOOK OVER HEALTHWATCH-13. ALL OF THIS, SUPPOSEDLY, WHILE IN A STATE OF "FEAR FOR HER LIFE!"

· WELL, AT LEAST IF SOMETHING HORRIBLY VIOLENT HAPPENS TO ME AT THIS PRISON, I WILL HAVE TOLD SOMEONE OF IMPORTANCE. I AM NOT GOING TO TELL MY MOM ANY MORE WHAT IS REALLY GOING ON HERE, SHE IS SIXTY-SEVEN YEARS OLD, AND ALREADY WORRIED SICK ABOUT THIS. SHE JUST DOESN'T KNOW WHAT

TO DO, AND SHE KEEPS ASKING ME, FOR SPECIFIC DETAILS. SHE ALREADY HAS A BAD HEART AND DIABETES, AND CANNOT SLEEP FOR DAYS WHEN I TELL HER ABOUT THE CONDITIONS HERE. I DO NOT THINK THAT THERE IS MUCH THAT SHE CAN DO ABOUT THIS, ANYHOW, BECAUSE SHE IS ALREADY CONCERNED ABOUT THE YOUNGSTOWN OHIO FBI AGENTS HARASSING HER, AND SHE DOES NOT BELIEVE THAT THE U.S. GOVERNMENT WOULD ALLOW PEOPLE TO BE EMPLOYED IN PRISONS AND HEALTHCARE, WHO ARE NOTHING MORE THAN GANG MEMBERS WITH AN EDUCATED BACKGROUND. I KNOW BETTER, PEOPLE ARE ROUTINELY KILLED, TORCHURED, AND BEATEN BY GUARDS AND STAFF, AT LEAST IN OHIO PRISONS. I READ IT IN THE NEWS PAPERS FROM TIME TO TIME.

WELL, THANK YOU FOR YOUR TIME, JUDGE, AND HAVE A GREAT DAY.

SINCERELY,

DATED:
03 FEB.2003

ERIK S. BOWKER

ADDRESS-1) ERIK BOWKER, 53837 060, P.O. BO
350, BEAVER, W. VIRGINIA 25813-035

ADDRESS-2) P.O. BOX 1871, YOUNGSTOWN, OHIO
44501-1871

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) PSYCHIATRIC MEDICAL DOCTOR | DATE: 16 JANUARY 2003 |
|---|---|
| FROM: ERIK BOWKER | REGISTER NO.: 53837 060 |
| WORK ASSIGNMENT: —NONE— | UNIT: POPLAR A / UPPER |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I WOULD LIKE TO SPEAK WITH THE PSYCHIATRIST, REGARDING SOME TYPE OF PSYCHOTROPIC MEDICINE. I WAS ALRIGHT WHEN I ARRIV[ED] AT THIS FACILITY, BUT MORE AND MORE I AM ALTERNATING BETW[EEN] DEPRESSION, ANGER, AND PARANOID THOUGHTS. I WAKE UP DEPRESSED AND THEN BECOME ANGRY LATER IN THE DAY. I BELIEVE WHAT HAS CAUSED THIS IS BEING EXPOSED TO MANY OF THESE VIOLENT, OUTWARDLY HOSTILE PRISONERS. HERE, OF LOW POTENTIAL AND LIMITED EDUCATION. SEVERAL OF THEM HAVE TRYED TO INVOKE FEAR IN ME, OR INTIMIDATE ME AND I BECOME PARANOID OF TH[EM] ALSO, ALOT OF THE BLACKS AND HISPANICS HERE HATE WHITE PEO[PLE] AND DELIBERATELY TRY TO START FIGHTS WITH US. I ALSO N[EED] TO KNOW WHAT YOUR POLICIES ARE AS TO PUBLIC DISCLOSURE OF

(Do not write below this line)

DISPOSITION: OUR MEDICAL RECORDS, AND ALSO THE POLICY RELATING TO SUBP[OENA] BY GOVERNMENT OFFICIALS,

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**            FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DR. ELLIS / PSYCHOLOGY | DATE: 16 JANUARY 2003 |
|---|---|
| FROM: ERIK BOWKER | REGISTER NO.: 53837 060 |
| WORK ASSIGNMENT: — NONE — | UNIT: POPLAR A / UPPER |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

THIS IS IN RESPONSE TO OUR CONVERSATIONS IN THE CHOW HALL. I MUS[T] KNOW NOW WHAT THE BUREAU OF PRISONS POLICIES ARE AS TO PUBLIC DISCLOSURE OF MEDICAL RECORDS AND PSYCHIATRIC AND PSYCHOLOGY REC[ORDS] AND ALSO DISCLOSURES PURSUANT TO SUBPOENAS. IT IS NOT POSSIBLE [TO] GET HELP OR TREATMENT HERE, ABSENT A THERAPEUTIC ENVIRONMENT OF COMPASSION AND CONFIDENTIALITY. YOU STATED "YOU HAVE NO REASONABLE EXPECTATIO[N] OF PRIVACY HERE" AND "YOU SOUND TO ME AS IF YOU ARE ABOUT TO INCRIMINATE YOURSELF." NO — ACTUALLY THE SAD TRUTH IS THAT GOVERNMENT PROSECUTORS L[OVE] TO EMBARRASS, HUMILIATE, AND BLACKMAIL DEFENDANTS INTO GIVING UP MOST OF T[HEIR] CONSTITUTIONAL RIGHTS, INCLUDING THE RIGHT TO A TRIAL BY JURY. ONE WAY I[N] WHICH THEY DO THIS IS BY THREATENING TO PURPOSELY DEGRADE AND HUMILIA[TE] THE MENTALLY ILL DEFENDANT IN A ROOM FULL OF STRANGERS. THEY UTILIZE A

(Do not write below this line)

DISPOSITION:

PATIENTS OWN MEDICAL AND PSYCHOLOGICAL RECORDS FOR THIS. PLEASE GIVE TO ME A COPY OF THE BUREAU OF PRISONS POLICIES, RULES, AND INTERNAL PROCEDURE[S] REGARDING PUBLIC DISCLOSURE OF PATIENT-PRISONER INFORMATION, INCLUD[ING] THAT PURSUANT TO WARRANT OR SUBPOENA. I AM GETTING THE IMPRESSION THAT THE MEDICAL AND PSYCHOLOGY STAFF HERE OPERATE AS LITTLE MORE THAN DE FACTO GOVERNMENT INFORMANTS.

THANK YOU,

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)     This form replaces BP-148.070 dated Oct 86

authorities, the statutes, being in derogation of the common law, should not be enlarged by intendment, but should be strictly construed.[19] It has been declared that the statute should not be construed to apply to matters of evidence not coming clearly within its provision,[20] nor to afford protection to other relationships than those specifically named.[21]

**IIII** *Reminder:* It is a general rule of statutory construction that the expression of certain exceptions is intended to be exclusive of all others.[22]

### b. Purpose [§§ 438–440]

### § 438. Protection of patient generally; encouragement of necessary disclosures

Statutes making communications between physician and patient privileged are intended to inspire confidence in the patient and encourage him in making a full disclosure to the physician as to his symptoms and condition, by preventing the physician from making public information that would result in humiliation, embarrassment, or disgrace to the patient.[23] The patient should be able to rest assured with the knowledge that the law recognizes the communication as confidential, and guards against the possibility of his feelings being shocked or his reputation tarnished by their subsequent disclosure.[25] It is frequently stated that a statutory physician-patient privilege is to be applied only as between the physician and patient, and is for the benefit[26] and the protection of the patient.[27]

---

statutory term "necessary," with respect to what communications are included in the scope of the privilege, see § 471.

19. Southwest Metals Co. v Gomez (CA9 Ariz) 4 F2d 215, 39 ALR 1416; Myers v State, 192 Ind 592, 137 NE 547, 24 ALR 1196; William Laurie Co. v McCullough, 174 Ind 477, 90 NE 1014, reh overr 174 Ind 490, 92 NE 337; State ex rel. Juvenile Dept. for Lane County v Brown, 19 Or App 427, 528 P2d 569, cert den 421 US 1003, 44 L Ed 2d 672, 95 S Ct 2405 (by implication).

20. Travelers' Ins. Co. v Bergeron (CA8 Iowa) 25 F2d 680, 58 ALR 1127, cert den 278 US 638, 73 L Ed 553, 49 S Ct 33; Weis v Weis, 147 Ohio St 416, 34 Ohio Ops 350, 72 NE2d 245, 169 ALR 668.

21. § 454.

22. In Interest of Westland (4th Dist) 48 Ill App 3d 172, 6 Ill Dec 331, 362 NE2d 1153 (statutory exceptions to psychiatrist-patient privilege).

23. Massachusetts Mut. Life Ins. Co. v Brei (CA2 NY) 311 F2d 463, 6 FR Serv 2d 5, 100 ALR2d 634; Binder v Superior Court (5th Dist) 196 Cal App 3d 893, 242 Cal Rptr 231; State v Cofer, 187 Kan 82, 353 P2d 795; Klinge v Lutheran Medical Center (Mo App) 518 SW2d 157; Harpman v Devine, 133 Ohio St 1, 9 Ohio Ops 347, 10 NE2d 776, 114 ALR 789.

24. Post v State (Alaska) 580 P2d 304; Binder v Superior Court (5th Dist) 196 Cal App 3d 893, 242 Cal Rptr 231; Steinberg v New York Life Ins. Co., 263 NY 45, 188 NE 152, 90 ALR 642; Perry v Fiumano (4th Dept) 61 App Div 2d 512, 403 NYS2d 382; People v Toure, 137 Misc 2d 1066, 523 NYS2d 746 (patient with AIDS).

**IIII** *Observation:* It has been observed that the policy reasons behind the doctor-patient privilege are hardly served where it is not evidence of some dreaded or embarrassing disease which the defendant desires to have excluded, but rather, evidence of good health. State v Cole (Iowa) 295 NW2d 29, later proceeding (CA8 Iowa) 726 F2d 434.

25. Binder v Superior Court (5th Dist) 196 Cal App 3d 893, 242 Cal Rptr 231.

*Annotations:* Physician's tort liability for unauthorized disclosure of confidential information about patient, 48 ALR4th 668.

*Practice References:* For the provisions of the Uniform Health-Care Information Act concerning disclosure of health-care information, see 61 Am Jur 2d, Physicians, Surgeons, and Other Healers § 171.5.

26. Wimberley v State, 217 Ark 130, 228 SW2d 991; Vance v State, 182 Miss 840, 183

03 FEBRUARY 2003 - EINER SPRACH MIT HERRN ELLIS, PSYCHOLOGER.

- ARRIVED AT PSYCHIATER AB 10:30, AFTER COUNSELOR R. LIPPS THREATEN AND INTIMIDATED ME. HE LOUDLY ANNOUNCED TO THE OTHER PRISONERS TH I WAS LATE FOR PSYCHOLOGY. SAID THAT I NEEDED TO TALK TO A PSYCHOLOG HE ALSO THREATENED TO THROW OUT ALL OF MY PERSONAL PROPERTY AND CLOTHES, AND LEGAL FILES.

- I WENT TO PSYCHOLOGY, AND WAS TOLD TO GO INTO A ROOM WITH SPECIA AGENT ELLIS. HE TOLD ME THAT I WAS A DISCIPLINARY PROBLEM, THA HE AND COUNSELOR LIPPS WERE VERY CONCERNED ABOUT MY BEHAV AND CONDUCT, AND THAT I WAS DANGEROUS & CLOSE TO BEING MOVED DISCIPLINARY HOUSING, (ADMINISTRATIVE SEGREGATION). HE SAID THAT WAS A SECURITY PROBLEM, AND THAT HE WAS VERY CONCERNED WITH MY ~~XXXXX~~ HYGIENE, THAT I WAS A PROBLEM AND A THREAT TO THE OTHER PRISONERS. HE ACKNOWLEDGED SPEAKING WITH TINA KNIGHT, STATE I WAS TO "LEAVE THAT WOMAN ALONE", AND THAT LIPPS AND THE OTHER IN CONTROL OF THIS INSTITUTION WOULD TAKE IMMEDIATE DISCIPLINA ACTIONS, IF I WERE TO FILE A CIVIL ACTION AGAINST HER OR HER FAMILY. HE TOLD ME THAT IF I FOUND THE PSYCHOLOGICAL AND PSYCH CARE IN THIS FACILITY INADEQUATE, I WAS WELCOME TO KILL MYSELF. ELLIS ALSO SAID THAT IF I BECAME A PROBLEM TO THE OTHER PRISONERS, THAT THE OTHER PRISONERS WOULD TAKE CARE OF ME FOR GOOD."

▷ HE SPECIFICALLY STATED, "COUNSELOR LIPPS AND MYSELF ARE VERY CONCERNED ABOUT YOUR CELL SANITATION." EVEN THOUGH DR. ELLIS WORKS AS CHIEF PSYCHOLOGIST, FCI-BECKLEY.

▷ THEY ALSO TOLD ME IN MEDICAL, 31 JAN. 2003, THAT THERE WAS AT LEAST A THREE-MONTH WAIT FOR PSYCHIATRIC SERVICES, AND THAT THEY WOULD PUT ME ON THE THREE-MONTH WAITING LIST, THAT SINCE I WAS NON-COMPLIANT WITH THE MEDICATION, AND WOULD PROBABLY BE DENI PSYCHIATRIC SERVICES IN THE FUTURE.

03 FEBRUARY 2003 /CONT. T. WILLIAMSON IS THE WARDEN HERE.
- 10:45 A.M. CHIEF PSYCHOLOGIST ELLIS ALSO SAID THAT I WAS A DISCIPLINARY PROBLEM, AND THAT HE COULD ASSURE ME THAT IF I WE TO GO TO THE SEGREGATION UNIT, THAT I WOULD BE FORCIBLY GIVEN THE MOST UNTESTED AND SIDE-EFFECT RIDDEN ANTI-PSYCHOTIC DRUG PROBABLY BY INJECTION."
- COUNSELOR C. LIPPS ALSO TOLD AN INMATE WHO HAS A TATOO OF A DEAD RAT WITH A KNIFE THROUGH IT, THAT I WAS A RAT, AND THAT HE (COUNSELOR C. LIPPS) HAD IN FACT RECEIVED SEVERAL COP-OUTS FROM ME ABOUT HIM. THIS IS A VERY HUGE BLACK INMATE, ABOUT 310 POUNDS COUNSELOR LIPPS TOLD THE INMATE THAT (INMATE BOWKER) WAS A SNIT AND THAT I HAD RATTED HIM OUT." (TOLD ADMINISTRATION ON HIM.) C. LI ALSO GAVE ITEMS OF VALUE TO THE INMATE, AND ALSO SPECIAL TREATMEN I AM GUESSING THAT C. LIPPS IS TRYING TO HAVE ME MURDERED OR ASSAULTED. C. LIPPS WIFE ALSO WORKS AT FCI-BECKLEY, IN THE MEDICAL DEPARTMENT, IN ADMINISTRATION.
- C. LIPPS ALSO GAVE ITEMS OF VALUE AND SPECIAL TREATMENT TO A LIGHT-SKINNED BLACK INMATE, WHO CONTINUALLY COMES INTO MY HOUSIN CELL TO INTIMIDATE ME, AND SITS WITH A GANG OF BLACKS, ALL O THEM INVOLVED IN FIGHTS AND PREVIOUS RULE VIOLATIONS.
- THESE ARE THE PEOPLE, WHO I KNOW EITHER SPOKE WITH TINA KNIGH OR SOMEBODY ELSE FROM WOWK-TV:
  1) NURSE OWENS, MEDICAL DEPARTMENT
  2) C. LIPPS, COUNSELOR IN HOUSING UNIT POPLAR-A /UPPER,
- IT IS ALSO LIKELY THAT SANDRA BENTON, LOCAL OWNER OF WEST VIRGINIA MEDIA HOLDINGS, L.L.C., HAS GIVEN ITEMS OF VALUE OR MONEY, TO EMPLOYEES OF FCI-BECKLEY. THIS WOULD NOT BE TH FIRST TIME. SHE HAS IN THE PAST GIVEN ITEMS OF VALUE TO LOCAL LAW ENFORCEMENT (DUNBAR POLICE DEPARTMENT, KANAWHA COUN

- SJL-NORTHEAST LOCALLY OWNED AND OPERATED BY SAN[?] SHAREHOLDERS, IN SJL-NORTHEAST INCORPORATED IN WILMINGTON, DELAWARE. ONE OF THREE M[?] HEADQUARTERS IN BILLINGS, MONTANA, WITH ITS CORPORATE [?] STATION THERE. THEY ARE GOING BY THE NAME OF WEST V[?] MEDIA HOLDINGS, L.L.C., AND SHE EMPLOYS A DISPROPORTION[?] AMOUNT OF MAN-HATING LESBIAN REPORTERS AND NEWS READE[?] SOME OF HER OTHER REPORTERS ALSO HAVE QUESTIONABLE CREDENTIALS AND BACKGROUNDS. ONLY TWO OF THEM ARE EV[?] FROM THE STATE OF WEST VIRGINIA, (APRIL KNULL, HARRISON COUNTY) AND JENNIFER SMITH, (MONONGALIA COUNTY).

- ALSO, "DOCTOR" ELLIS DOES NOT EVEN SEE ANY PATIENTS WITH PSYCHOLOGICAL OR PSYCHIATRIC PROBLEMS, INSTEAD HE SPENDS MUCH OF THE DAY HANGING OUT WITH WARDEN J. WILLIAMSON, AND LAUGHING IT UP WITH WARDEN WILLIAMSON IN THE CHOW HALL, D[?] LUNCH. HE WAS LAUGHING ON THE DAY THAT SOME OF THE CORRE[?] OFFICERS PICKED-UP A BLACK PRISONER, TO SEARCH THROUGH H[?] POCKETS, AND THEN SLAMMED HIM DOWN TO THE GROUND, AND STOOD ON HIM. WE WERE LOCKED IN THE DINING HALL, AND CHIEF PSYCHOLOGIST ELLIS WAS LAUGHING AS THE CORRECTIO[?] OFFICERS INJURED THE MAN.

03 FEBRUARY 200[?]
MONDAY.

erik ERIK IIIIIII